**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.:  1:22-CR-99 (RJL)** |
| **JAKE MAXWELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION TO SET STATUS HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to continue set a status hearing in this matter to determine a trial date and any additional deadlines in the case. In support whereof, the government states as follows:

1. The defendant was charged by criminal complaint on February 9, 2022, on charges of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1); Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4); and Acts of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F).  The defendant was arrested in the Northern District of Georgia, on February 10, 2022, and he made his initial appearance

in this district on February 17, 2022.

2. On March 25, 2022, the defendant was indicted on the same charges detailed above.

3. On March 2, 2023, the defendant filed several pre-trial motions. The government timely filed responses in opposition. On March 22, 2023, the parties appeared via video conference for a status hearing and at the defendant's request, the court set a motions hearing, in-person, for May 23, 2023.

4. On May 23, 2023, the Court orally denied two of the defendant's motions, the Motion to Change Venue and the Motion to Dismiss the Indictment. The same day, the Court conducted a suppression hearing regarding the defendant's statements to law enforcement. Following the hearing, the Court took the matter under advisement. At the conclusion of the hearing, both the government and the defendant advised the court they wished to set a jury trial and advised the court how long each of their respective cases would likely take.

5. On June 15, 2023, the Court entered a Minute Order denying all of Defendant's motions, including the Motion to Suppress. However, the Court has not yet set another hearing date in this case.

6. Counsel for the government has conferred with defense counsel regarding this motion. The defendant does not oppose the motion to set a status hearing.

WHEREFORE, the government respectfully moves that the Court set a status hearing in this case in order to determine additional deadlines and set a trial date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Elizabeth N. Eriksen*
ELIZABETH N. ERIKSEN
Trial Attorney, Detailee
VA Bar No. 72399
United States Attorney's Office for the
District of Columbia
601 D Street, NW
Washington, DC 20530
(202) 616-4385
Elizabeth.Eriksen@usdoj.gov