**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 22-cr-99 (RJL)** |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' PRETRIAL STATEMENT**

Pursuant to the Court's July 28, 2023, in a pre-trial minute Order, the United States[1] hereby proposes the following voir dire questions, jury instructions, and verdict form, subject to issues that arise during trial:

**I.   PROPOSED STATEMENT OF THE CASE**

This is a criminal case.  The United States has charged the defendant, Jake Maxwell, with violations of federal law based on his alleged conduct at the grounds of the United States Capitol on January 6, 2021.  Mr. Maxwell has pleaded not guilty to each of the allegations against him. He is presumed innocent of all of the allegations.

In particular, the United States alleges that Mr. Maxwell unlawfully obstructed law enforcement officers during a civil disorder; that he unlawfully entered and remained on the restricted grounds of the United States Capitol; and that he engaged in physical violence on Capitol grounds by assaulting two (2) police officers.

---

[1] In this joint filing, the government's proposed pleadings come first, followed the government's proposed exhibit and witness lists.  The defendant's suggested changes and additions follow.  The government does not agree with most of the changes and edits suggested by the defendant.  Because the government received the defendant's response and legal issues summary this evening, the government has not had sufficient time to review, discuss, or implement any agreement or disagreement.  However, the government will be prepared to respond to these issues on or before at the pre-trial status conference scheduled for Monday, October 23, 2023.

II.   **PROPOSED VOIR DIRE**

1.  Having now heard a brief description of the case, do you know or have you heard anything about this case?

2.  This case concerns events at the U.S. Capitol on January 6, 2021.  Do you or someone you know have any direct connection to the events at the U.S. Capitol on January 6, 2021, or to any investigation into the events of January 6, 2021?

3.  Have you been following the investigation of the events of January 6, 2021 at the U.S. Capitol in the news media or on the internet?

4.  Is there anything about the nature of the allegations or charges that might affect your ability as a juror to give both the defendant and the government a fair trial?

5.  The United States Government is represented in this case by Department of Justice Trial Attorney Elizabeth Eriksen and Assistant U.S. Attorney Nathaniel Whitesel and they are being assisted by paralegal Taylor Wilbert from the U.S. Attorney's Office. Could you each please stand?  Do you know or recognize, or have you had any contact with any of these individuals? The defendant at trial is Jake Maxwell.  Please Stand.  Do you know or recognize, or have you had any contact with Jake Maxwell?

6.  Mr. Maxwell is represented by Attorneys Michael van der Veen and William Brennan.  Do you know or recognize, or have you had any contact with Mr. van der Veen. or Mr. Brennan?

7.  The Government may call the following witnesses during the trial:  FBI Special Joshua Taylor, a senior officer with the United States Capitol Police, MPD Officer L.H., and United States Secret Service Special Agent Lanelle Hawa.  Do you know any of these potential witnesses?

8.  Do you recognize anyone else in the courtroom, including myself or any of the other

members of the jury panel?

9. This case is scheduled to take approximately two weeks, with the Court sitting Monday-Thursday from 1:00 p.m. to 4:00 p.m.  Do you have any urgent or extremely important matter to attend to this week or next such that you could be faced with a hardship if selected to serve on the jury in this case?

10. Do you have any problems with your hearing or your eyesight, or any other physical problems that might interfere with your ability to hear or understand what the witnesses say in this case, to view exhibits and photographs, or to give your full attention to this case?

11. Do you have any health problems that might affect your ability to sit as a juror in this case?

12. Do you have any difficulty speaking, reading, writing, or understanding the English language?

13. Have you previously served on a grand jury or a trial jury?  If so, is there anything about that experience that would affect your ability to sit fairly and impartially in this case?

14. Have you, any member of your family or close friend ever studied law or been employed by a lawyer or a law firm, worked in a courthouse, as a paralegal or legal secretary, or performed legal investigative work?

15. Have you, any member of your family or close friend ever been employed by any local, state, or federal law enforcement agency or a private security company? Law enforcement agencies include for example, the Metropolitan Police Department, the U.S. Marshals Service, or the Federal Bureau of Investigation (FBI).

16. Does anyone in this group (that is, you, members of your immediate family, or close personal friends) work for, have previously worked for, or is applying for any law enforcement agency? This includes any local police or sheriff's department in or outside the District and

it includes federal law enforcement agencies like the FBI, the Secret Service, the Department of Homeland Security, Department of Justice, and the U.S. Capitol Police. It also includes any prosecutors' offices, such as a U.S. Attorney's office, a state's attorney's office, or a district attorney's office.

17. Has anyone in this group (that is, you, members of your immediate family, or close personal friends) ever worked in any other part of the criminal justice system? This includes a Public Defender's office, a probation office, or a correctional facility.

18. Have you ever filed a complaint against a police officer or anyone in law enforcement?

19. Have you, any member of your family or close friend had any experiences with any law enforcement agency or the government that might cause you to favor or disfavor the government or law enforcement?

20. Has anyone in this group (that is, you, members of your immediate family, or close personal friends) ever been arrested for, charged with, or convicted of a crime, other than traffic violations?

21. Has anyone in this group (that is, you, members of your immediate family, or close personal friends) ever been the victim of or witness to a crime?

22. Do you have any opinions about prosecutors or defense attorneys that might affect your ability to serve fairly and impartially in this trial?

23. In this case, law enforcement officers will be witnesses. I will be instructing the jury at the end of the trial that the testimony of a law enforcement officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness is a law enforcement officer. Does anyone have such strong feelings about law enforcement– either positive or negative –

that would make it difficult for you to accept or apply this rule of law in accordance with my instructions?"

24. Are you, a partner, or family member currently employed by or affiliated with the media?

25. The law provides that the defendant is presumed innocent. The burden is on the government to prove him guilty of each element of the offense beyond a reasonable doubt. The defendant does not have to produce any evidence at trial because he is not required to prove his innocence. Nor is the defendant required to prove any fact in dispute in this case. This presumption continues through the trial unless and until the government proves a defendant guilty beyond a reasonable doubt. This burden of proof never shifts to Mr. Maxwell. Would you have any difficulty accepting and following this principle?

26. I will instruct you that the charges in this case are not evidence, and the defendant is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. The defendant, like every defendant in a criminal case, has the absolute right not to testify, and he has no obligation to present any evidence in the case. I will instruct you that, if the defendant elects not to testify in this case, you must not draw any inference as to his guilt from that decision. Will you have any difficulty accepting or applying this rule of law in accordance with my instructions?"

27. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with any verdict. Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

28. Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct.

The jury may not choose to follow some rules of law and ignore others, and even if the jury disagrees with or dislikes a rule of law or does not understand the reasons for some of the rules, it is the jury's duty to follow those rules. Will you have any difficulty following my legal instructions, whatever they may be?

29. If you are selected as a juror in this case, I will continue to instruct you to avoid all media coverage relating to this case, including radio, television, podcasts, social media, and other Internet sources. That is, you will be forbidden from reading any newspaper articles about this case, listening to any radio or podcast stories about this case, or watching any TV news about this case. You will also be forbidden from Googling this case, blogging, Tweeting, reading, or posting comments about this case on social media sites or anywhere else on the Internet. The parties estimate that this trial could take a week. Do you have any reservations or concerns about your ability or your willingness to follow this instruction?

30. If, after considering all of the evidence and my instructions on the law, you find the defendant guilty of one or more counts, it will be my job as the judge and my job alone to determine the punishment. The law does not permit you to consider the issue of punishment because there are factors, having nothing to do with this trial, which will help me determine the appropriate sentence, if any. Would you have difficulty serving as a juror knowing that you will not have any say in any sentence that I may impose?

31. My final question is a "catch-all question." This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror. Perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair. In sum, is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?

III.     **PROPOSED JURY INSTRUCTIONS**

1. Furnishing the Jury with a Copy of the Instructions, Redbook 2.100

2. Function of the Court, Redbook 2.101

3. Function of the Jury, Redbook 2.102

4. Jury's Recollection Controls, Redbook 2.103

5. Evidence in the Case, Redbook 2.104

6. Statements of Counsel, Redbook 2.105

7. Indictment Not Evidence, Redbook 2.106

8. Burden of Proof—Presumption of Innocence, Redbook 2.107

9. Reasonable Doubt, Redbook 2.108

10. Direct and Circumstantial Evidence, Redbook 2.109

11. Nature of Charges Not to Be Considered, Redbook 2.110

12. Number of Witnesses, Redbook 2.111

13. Inadmissible and Stricken Evidence, Redbook 2.112, *as applicable*

14. Credibility of Witnesses, Redbook 2.200

15. Police Officer's Testimony, Redbook 2.207

16. Right of Defendant Not to Testify, Redbook 2.208 *or* Defendant as Witness, Redbook 2.209, *as applicable*

17. Character of Defendant, Redbook 2.213, *as applicable*

18. Cross-Examination of Character Witness, Redbook 2.214, *as applicable*

19. Specialized Opinion Testimony, Redbook 2.215, *as applicable*

20. Transcripts of Tape Recordings, Redbook 2.310

21. Count One, 18 U.S.C. § 231(a)(3) (see below)

22. Count Two, 18 U.S.C. § 111(a)(1) (see below)

23. Count Three, 18 U.S.C. § 111(a)(1) (see below)

24. Count Four, 18 U.S.C. § 1752(a)(1) (see below)

25. Count Five, 18 U.S.C. § 1752(a)(2) (see below)

26. Count Six, 18 U.S.C. § 1752(a)(4) (see below)

27. Count Seven, 40 U.S.C. § 5104(e)(2)(F) (see below)

28. Proof of State of Mind, Redbook 3.101

29. Willfully Causing an Act to Be Done, Redbook 3.102

30. Aiding and Abetting, Redbook 3.200

31. Multiple Counts- One Defendant, Redbook 2.402

32. Unanimity—General, Redbook 2.405

33. Verdict Form Explanation, Redbook 2.407

34. Redacted Exhibits, Redbook 2.500

35. Exhibits During Deliberations, Redbook 2.501

36. Selection of Foreperson, Redbook 2.502

37. Possible Punishment Not Relevant, 2.505

38. Cautionary Instruction on Publicity, Communication, and Research, Redbook 2.508

39. Communication Between Court and Jury During Jury's Deliberations, Redbook 2.509

40. Attitude and Conduct of Jurors in Deliberations, Redbook 2.510

41. Excusing Alternate Jurors, Redbook 2.511

## **COUNT ONE**

## **18 U.S.C. § 231 – OBSTRUCTING OFFICERS DURING A CIVIL DISORDER**[1]

(18 U.S.C. § 231(a)(3))

Count One charges the defendant with obstructing law enforcement officers during a civil disorder, which is a violation of federal law.

Count One also charges the defendant with attempt to commit the crime of obstructing officers during a civil disorder.  First, I will explain the elements of the substantive offense, along with its associated definitions.  Then, I will explain how to determine whether the defendant attempted the offense.

### **Elements**

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with Officer L.H. and other law enforcement officers.

Second, at the time of the defendant's act, Officer L.H. and other law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

---

[1] *United States v. Pugh*, 20-cr-73 (S.D. Ala. May 19, 2021); *United States v. Rupert*, 20-cr-104 (D. Minn. Mar. 12, 2021) (ECF No. 81)); 18 U.S.C. § 232; 18 U.S.C. § 6; 5 U.S.C. § 101; 2 U.S.C. §§ 1961, 1967.  For other January 6 trials that have used similar instructions, see, *e.g.*, *United States v. Jensen*, 21-cr-6 (TJK) (ECF No. 97 at 21-22), *United States v. Webster*, 21-cr-208 (APM) (ECF No. 101 at 15-16), *United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 17), and *United States v. DaSilva*, 21-cr-564 (CJN) (ECF No. 76 at 2-3); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 22); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 26).

1

Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

**<u>Definitions</u>**

The term "civil disorder" means any public disturbance involving acts of violence by groups of three or more persons, which (a) causes an immediate danger of injury to another individual, (b) causes an immediate danger of damage to another individual's property, (c) results in injury to another individual, or (d) results in damage to another individual's property.

The term "commerce" means commerce or travel between one state, including the District of Columbia, and any other state, including the District of Columbia.  It also means commerce wholly within the District of Columbia.[2]

The term "federally protected function" means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof.[3]

The term "department" includes one of the departments of the executive branch (such as the Department of Homeland Security, which includes the United States Secret Service) or the legislative branch. The term "agency" includes any department, independent establishment, commission, administration, authority, board, or bureau of the United States. The term "instrumentality" includes any other formal entity through which the government operates, such as Congress or the United Sates Capitol Police.[4]

---

[2] Modified definition of 18 U.S.C. § 232(2) from jury instructions in *United States v. Pugh*, 20-cr-73 (S.D. Ala. May 19, 2021); *see also United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 18); *United States v. Thomas*, 21-cr-552 (DLF) (ECF No. 150 at 21).

[3] *See* 18 U.S.C. § 232(3).

[4] *See, e.g.*, *United States v. Water Supply & Storage Co.*, 546 F. Supp. 2d 1148, 1152 (D. Colo. 2008) ("'When Congress does not define a word, its common and ordinary usage may be

For the U.S. Capitol Police and Metropolitan Police Department on January 6, 2021, the term "official duties," means policing the U.S. Capitol Building and Grounds, and enforcing federal law and D.C. law in those areas.[5]

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident.  In deciding whether the defendant acted knowingly, you may consider all of the evidence, including what the defendant did, said, or perceived.[6]

---

obtained by reference to a dictionary.' *In re Overland Park Fin. Corp.*, 236 F.3d 1246, 1252 (10th Cir. 2001) (citation omitted). Dictionary definitions of the word 'instrumentality' generally are broad. Black's Law Dictionary defines 'instrumentality' as '[a] thing used to achieve an end or purpose.' Black's Law Dictionary 814 (8th ed. 1999). Webster's Third New International Dictionary defines 'instrumentality' as 'something by which an end is achieved' or "something that serves as an intermediary or agent through which one or more functions of a controlling force are carried out.' Webster's Third New International Dictionary 1172 (1971)."). For January 6 cases using this instruction, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23) and *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 26).

[5] *United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 19). *See, e.g.*, Fifth Circuit Pattern Criminal Jury Instruction No. 2.07; Tenth Circuit Pattern Criminal Jury Instruction No. 2.09; Eleventh Circuit Pattern Criminal Jury Instruction No. O1.1; *United States v. Smith*, 743 F. App'x 943, 949 (11th Cir. 2018) ("Furthermore, the district court instructed the jury regarding the Task Force's duties, stating: 'A member of the U.S. Marshals Regional Fugitive Task Force is a Federal officer and has the official duty to locate and apprehend fugitives.'"); *United States v. Green*, 927 F.2d 1005, 1008 (7th Cir. 1991) ("Given the sweep of the phrase 'official duties,' the district court did not err in instructing the jury that the duties of a federal prison employee, even a food service worker, extend to 'safekeeping, protection and discipline.'"); *United States v. Span*, 970 F.2d 573, 581 (9th Cir. 1992) ("The instruction states only that the activity of looking for a suspect is official conduct. We find no error in the district court's instruction characterizing this aspect of the marshals' conduct as official duty."); *United States v. Ellsworth*, 647 F.2d 957, 963 (9th Cir. 1981) ("'Instruction No. 10. Among the official duties of officers and agents of the United States Geological Service of the United States Interior Department are inspections of oil drilling apparatus to insure compliance with various Federal laws.' We think the above language of the charge employed by the trial judge reveals no insufficiency in defining the offense.").

[6] *See* The William J. Bauer Pattern Criminal Jury Instructions of the Seventh Circuit §§ 1512 & 1515(a)(1); *see also Arthur Andersen LLP v. United States*, 544 U.S. 696, 705 (2005); *United States v. Carpenter*, 21-cr-305 (JEB) (ECF No. 97 at 11) (including instruction that the evidence to be considered includes "what [the defendant] did, said, or perceived"); *United States v. Kelly*, 21-cr-708 (RCL) (ECF No. 101 at 9) (same); *United States v. Gunby*, 21-cr-626 (PLF) (ECF No. 57 at 7 (holding, in a January 6 case charging offenses under 18 U.S.C. § 1752 and 40

## COUNT TWO

## 18 U.S.C. § 111 – ASSAULTING, RESISTING, OR IMPEDING OFFICERS[7]

(18 U.S.C. § 111(a)(1))

Count Two of the Indictment charges the defendant with assaulting, resisting, or impeding an officer or an employee of the United States who was then engaged in the performance of his official duties, which is a violation of federal law.

### Elements

To find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer from the United States Capitol Police Department.

Second, the defendant did such acts forcibly.

Third, the defendant did such acts voluntarily and intentionally.

Fourth, the person assaulted, resisted, opposed, impeded, intimidated, or interfered with was an officer or an employee of the United States who was then engaged in the performance of his/her official duties.

Fifth, the defendant made physical contact with that officer, or acted with the intent to commit another felony. For purposes of this element, "another felony" refers to the offense charged in Count One.

---

U.S.C. § 5104, that "what [the defendant] witnessed is directly relevant to his knowledge and intent") (citing *United States v. Griffith*, 21-cr-244, 2023 WL 2043223, at *3 (D.D.C. Feb. 16, 2023) and *United States v. Rhine*, 21-cr-687, 2023 WL 2072450, at *7 (D.D.C. Feb. 17, 2023)).

[7] For January 6 trials that have used similar instructions, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23 and 26); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 22).

**Definitions**

A person acts "forcibly" if he used force, attempted to use force, or threatened to use force against the officer.

The term "assault" means any intentional attempt or threat to inflict injury upon someone else, when coupled with an apparent present ability to do so. To find that the defendant committed an "assault," you must find beyond a reasonable doubt that the defendant intended to inflict or to threaten injury.

The terms "resist," "oppose," "impede," "intimidate," and "interfere with" carry their everyday, ordinary meanings.

It is not necessary to show that the defendant knew the person being forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with was, at that time, carrying out an official duty so long as it is established beyond a reasonable doubt that the officer was, in fact, carrying out an official duty and that the defendant intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with that officer.[8]

---

[8] *United States v. Celentano*, 22-cr-186 (TJK) (ECF No. 64 at 12); *United States v. Thomas*, 21-cr-552 (DLF) (ECF No. 150 at 30).

## COUNT THREE

## 18 U.S.C. § 111 – ASSAULTING, RESISTING, OR IMPEDING OFFICERS[9]

(18 U.S.C. § 111(a)(1))

Count Three of the Indictment charges the defendant with assaulting, resisting, or impeding Officer L.H., an officer from the Metropolitan Police Department who was assisting officers of the United States who are engaged in the performance of their official duties, which is a violation of federal law.

### Elements

To find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with Officer L.H., an officer from the Metropolitan Police Department (MPD).

Second, the defendant did such acts forcibly.

Third, the defendant did such acts voluntarily and intentionally.

Fourth, Officer L.H was assisting officers of the United States who were then engaged in the performance of their official duties.

Fifth, the defendant [made physical contact with Officer L.H. or acted with the intent to commit another felony. For purposes of this element, "another felony" refers to the offense charged in Count One.

The terms "forcibly" and "assault" have same meaning described in the instructions for Count Two.

---

[9] For January 6 trials that have used similar instructions, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23 and 26); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 22).

## COUNT FOUR

## ENTERING OR REMAINING IN A RESTRICTED BUILDING OR GROUNDS

### (18 U.S.C. § 1752(a)(1))

Count Four of the Indictment charges the defendant with entering or remaining in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

Second, the defendant did so knowingly.

### Definitions

The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.

The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

The term "knowingly" has the same meaning described in the instructions for Count One.

## COUNT FIVE

## DISORDERLY OR DISRUPTIVE CONDUCT IN A RESTRICTED BUILDING OR GROUNDS

### (18 U.S.C. § 1752(a)(2))

Count Five of the Indictment charges the defendant with disorderly or disruptive conduct in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

Third, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

### Definitions

"Disorderly conduct" is conduct that tends to disturb the public peace or undermine public safety.[10]

"Disruptive conduct" is a disturbance that interrupts an event, activity, or the normal course of a process.[11]

---

[10] *United States v. Grider*, 21-cr-22 (CKK) (ECF No. 150 at 24) ("'[D]isorderly' conduct is that which 'tends to disturb the public peace, offend public morals, or undermine public safety.' 'Disorderly,' *Black's Law Dictionary* (9th ed. 2009); *see also* 'Disorderly,' *Oxford English Dictionary* (2nd ed. 1989) ('Not according to order or rule; in a lawless or unruly way; tumultuously, riotously.')").

[11] Redbook 6.643.

The term "restricted building or grounds" has the same meaning described in the instructions for Count Four.   The term "knowingly" has the same meaning described in the instructions for Count One.

## COUNT SIX

## ENGAGING IN PHYSICAL VIOLENCE IN A RESTRICTED BUILDING OR GROUNDS

(18 U.S.C. § 1752(a)(4))

Count Six of the Indictment charges the defendant with engaging in physical violence in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant engaged in an act of physical violence against a person or property in, or in proximity to, a restricted building or grounds.

Second, the defendant did so knowingly.

### Definitions

The term "act of physical violence" means any act involving an assault or other infliction of bodily harm on an individual; or damage to, or destruction of, real or personal property.

The term "restricted building or grounds" has the same meaning described in the instructions for Count Four.  The term "knowingly" has the same meaning described in the instructions for Count One.

**COUNT SEVEN**

**ACT OF PHYSICAL VIOLENCE AT THE CAPITOL BUILDING OR GROUNDS[12]**

40 U.S.C. § 5104(e)(2)(F)

Count Seven of the Indictment charges the defendant with an act of physical violence in the Capitol Building or Grounds, which is a violation of federal law.

**Elements**

In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:

First, the defendant engaged in an act of physical violence within the Capitol Buildings or Grounds.

Second, the defendant acted willfully and knowingly.

**Definitions**

The term "act of physical violence" means any act involving an assault or other infliction or threat of infliction of death or bodily harm on an individual; or involving damage to, or destruction of, real or personal property. For purposes of this offense, unlike the offense in Count Six , the threat of infliction of bodily harm is sufficient to meet this definition.

A person acts "willfully" if he acts with the intent to do something that the law forbids, that is, to disobey or disregard the law. While the government must show that a defendant knew that the conduct was unlawful, the government does not need to prove that the defendant was aware of the specific law that his conduct violated.[13]

---

[12] *United States v. Alberts*, 21-cr-26 (CRC) (ECF No. 147 at 20); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 36); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 43).

[13] As the Supreme Court has explained, "willfully" is "a word of many meanings whose construction is often dependent on the context in which it appears." *Bryan v. United States*, 524 U.S. 184, 191 (1998) (internal quotation marks omitted). "As a general matter, when used in the

The term "Capitol Buildings" includes the United States Capitol located at First Street, Southeast, in Washington, D.C. The "Capitol Grounds" are defined by the United States Code, which refers to a 1946 map on file in the Office of the Surveyor of the District of Columbia. The boundaries of the Capitol Grounds include all additions added by law after that map was recorded. The Capitol Grounds includes the portion of Pennsylvania Avenue Northwest from the west curb of First Street Northwest to the curb of Third Street Northwest.

The term "knowingly" has the same meaning described in the instructions for Count One.

---

criminal context, a 'willful' act is one undertaken with a bad purpose.  In other words, in order to establish a 'willful' violation of a statute, the Government must prove that the defendant acted with knowledge that his conduct was unlawful."  *Id.* at 191-92 (internal quotation marks omitted).

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 22-cr-99 (RJL)** |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## <u>VERDICT FORM</u>

**Count One:**
Civil Disorder

_____          _____
Guilty                              Not Guilty

**Count Two:**
Assaulting, Resisting, or Impeding Certain Officers – USCP Officer

_____          _____
Guilty                              Not Guilty

**Count Three:**
Assaulting, Resisting, or Impeding Certain Officers – Officer L.H. from MPD

_____          _____
Guilty                              Not Guilty

**Count Four:**
Entering and Remaining in a Restricted Building or Grounds

_____          _____
Guilty                              Not Guilty

**Count Five:**
Disorderly and Disruptive Conduct in a Restricted Building or Grounds

_____          _____
Guilty                            Not Guilty

**Count Six:**
Engaging in Physical Violence in a Restricted Building or Grounds

_____          _____
Guilty                            Not Guilty

**Count Seven:**
Act of Physical Violence in the Capitol Grounds or Buildings

_____          _____
Guilty                            Not Guilty

Date: November  ___, 2023                _____
                                                            Signature of Foreperson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-cr-99 (RJL) |
| | : | |
| JAKE MAXWELL, | : | |
| | : | |
| Defendant. | : | |

## <u>UNITED STATES' PROPOSED WITNESS LIST</u>

At trial, the United States intends to call the following witnesses:

- FBI Special Joshua Floyd
- USCP Overview Witness, Senior USCP officer
- USSS Special Agent Lanelle Hawa
- MPD Officer L.H.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     /s/ Elizabeth N. Eriksen
        ELIZABETH N. ERIKSEN
        VA Bar no. 72399
        Trial Attorney, Detailee
        U.S. Dept. of Justice, Criminal Division
        Detailed to the USAO-DC
        601 D Street NW
        Washington, DC 20530
        elizabeth.eriksen2@usdoj.gov
        (202) 616-4385

        /s/ Nathaniel K. Whitesel
        NATHANIEL K. WHITESEL
        Assistant United States Attorney
        DC Bar No. 1601102
        601 D Street NW
        Washington, DC 20530
        nathaniel.whitesel@usdoj.gov
        (202) 252-7759

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ☐ |
| | | ☐ |
| | Joint | ☐ |
| | Court | |

**UNITED STATES OF AMERICA**

_____

VS.                    Civil/Criminal No.   **22-cr-99-RJL**

**Jake Maxwell**

_____

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **100 Series** | ***General Evidence of the Capitol Grounds and the Riot on January 6th*** | | | | |
| 101 | J 6 Montage video (approx. 15 min.) | | | | |
| 102 | J6 Montage video (6 min.) | | | | |
| 103 | Area Closed Signs and Barricades – West Front time lapse (approx. 3 min.) | | | | |
| 104 | Area Closed Sign | | | | |
| 105 | Map of Restricted Perimeter | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 106 | Area Closed Sign (close up) | | | | |
| 106.1 | Drawing of Capitol Building and Grounds (Alternate view – compressed) | | | | |
| 107 | Drawing of Capitol Building and Grounds | | | | |
| 108 | Area Closed Sign and Barricades (rioters pushing) | | | | |
| 109 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | |
| 110 | Area Closed Sign and Bike Rack (close up) | | | | |
| 111 | Three-Dimensional Depiction of Capitol | | | | |
| 112 | Three-Dimensional Depiction of inaugural stage | | | | |
| 113 | Three-Dimensional Depiction of inaugural stage (aerial) | | | | |
| 114 | Three-Dimensional Depiction of inaugural stage (side) | | | | |

2

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 115 | Congressional Montage (approx. 11 min.) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 Series | *Secret Service Exhibits* | | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6, 2021 | | | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) | | | | |
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version) (33 sec.) | | | | |
| 204 | USSS-2 – East Side of the Capitol: VP vehicles moving (approx. 5 min) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 300 Series | *U.S. Capitol CCTV Footage* | | | | |
| 301 | 0102 Senate Wing Door 14:47 | | | | |
| 302 | 0925 Upper West Terrace 14:35 | | | | |
| 303 | 0944 – West Roof Camera 14:18 | | | | |
| 304 | 0944 – West Roof Camera 14:24 | | | | |
| 305 | CCTV overhead video of Maxwell | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 400 Series | *Body Worn Camera* | | | | |
| 401 | P/O Harvell | | | | |
| 401.1 | Still @ 14:27:57 (14.27.57.png) | | | | |
| 401.2 | Still @ 14:28:08 (14.28.08.png) | | | | |
| 401.3 | Still @ 14:28:10 (14.28.10.png) | | | | |
| 402 | P/O Smith | | | | |
| 402.1 | Still @ 14:28:10 (14.28.10.png) | | | | |
| 403 | P/O Ishakwue | | | | |
| 403.1 | Still @ 14:27:55 (14.27.57.png) | | | | |
| 404 | P/O Hernandez-Martinez | | | | |

6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 405 | P/O Hashida | | | | |
| 406 | P/O Philistin | | | | |
| 406.1 | Still @ 14:30:46 (14.30.46.png) | | | | |
| 407 | P/O Brown | | | | |
| 408 | P/O McCloskey | | | | |
| 409 | P/O Valentin-Aponte | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| *500 Series* | *Open Source* | | | | |
| 501 | Washington Monument still shot https://www.flickr.com/photos/mvjantzen /50809264467/ | | | | |
| 502 | Video - Lower West Plaza https://www.facebook.com/randy.newingh am.1/videos/3392225584237661 | | | | |
| 503 | **Video - https://archive.org/download/E3tRkmtSR PB3uuHtF/E3tRkmtSRPB3uuHtF.webm** | | | | |
| 504 | **Video -** Benjamin Reports https://www.youtube.com/watch?v=DHess yWYXqM&t=1100 | | | | |
| 505 | Getty Images still shot – https://www.gettyimages.com/detail/1230 455200 - | | | | |
| 506 | **Southwest Plaza -** SW plaza https://www.gettyimages.com/detail/1230 455744 | | | | |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 507 | Video - https://www.dropbox.com/s/pvcywrok9qb30v4/Will%20Allen-DuPraw%20All%20Footage%20watermarked%20part%201.mp4?dl=0 | | | | |
| 508 | Video - https://web.archive.org/web/submit?url=https://video.parler.com/bL/zj/bLzjJt5EsDB8.mp4 | | | | |
| 509 | Video - https://www.youtube.com/watch?v=VmJRqUYjlY4&t=36 | | | | |
| 510 | Video - https://web.archive.org/web/submit?url=https://video.parler.com/hK/d9/hKd9GuPNUuAT.mp4 | | | | |
| 511 | Video - https://www.facebook.com/photo/?fbid=10160608325978065&set=pb.792008064.-2207520000 | | | | |
| 512 | Video - https://web.archive.org/web/20210318191051if_/https://www.youtube.com/watch?v=0zyjCvDN4Ig | | | | |

9

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 513 | Video - https://www.youtube.com/watch?v=mZ2sQax3_xo&t=6860 | | | | |
| 514 | **Video -** Files James McGrew - Video 12.h264.mp4 https://propublica-data-j6cases-videos.s3.us-east-1.amazonaws.com/3dd546101eed013a64612cde48001122.mp4 | | | | |
| 515 | Video - https://www.gettyimages.com/detail/video/thousands-of-donald-trump-supporters-storm-the-united-news-footage/1294975001 | | | | |
| 515.1 | Still shot from Ex. 515 at 9-10 sec. | | | | |
| 516 | **Getty Images still shot -** https://www.gettyimages.com/detail/1294944255 | | | | |
| 517 | Video - https://odysee.com/@vinceableworld:a/CapitolHillSouthSide:4 | | | | |
| 518 | **Video -** https://www.gettyimages.com/detail/video/the-footage-shows-pro-trump-supporters-trying-to-break-news-footage/1295261148 | | | | |

10

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 600 Series | *Safeway* | | | | |
| 601 | Mayor's Order | | | | |
| 602 | DC closure Email | | | | |
| 603 | Mid Atlantic Sales Report | | | | |
| 604 | Safeway Business Record Certification | | | | |
| 605 | DC-1-DC Register | | | | |
| 606 | DC-2- Curfew Tweet | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **700 Series** | *Search Warrant Results / Physical evidence/date of arrest* | | | | |
| 701 | Defendant's Hat seized during premises search warrant | | | | |
| 702 | Defendant's Jacket seized during premises search warrant | | | | |
| 703 | Photo from premises search warrant | | | | |
| 704 | Photo from premises search warrant | | | | |
| 705 | Photo from premises search warrant | | | | |
| 706 | Photo from premises search warrant | | | | |
| 707 | Photo from premises search warrant | | | | |
| 708 | Photo from premises search warrant | | | | |
| 709 | Photo from premises search warrant | | | | |
| 710 | Photo from premises search warrant | | | | |

12

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 711 | Photo from premises search warrant | | | | |
| 712 | Photo from premises search warrant | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

13

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| *800 Series* | *Potential Impeachment* | | | | |
| 801 | Defendant's Statement to Agents (written transcript) | | | | |
| 802 | Defendant's Statement to Agents (audio recording) | | | | |
| 802.1 | Maxwell at Riot 2.PNG | | | | |
| 802.2 | Maxwell at Riot 3.PNG | | | | |
| 802.3 | Maxwell BWC Still 3.PNG | | | | |
| 802.4 | Maxwell BWC Still 4.PNG | | | | |
| 803 | Transcript of defendant's testimony at Suppression Hearing | | | | |
| | | | | | |
| | | | | | |

14

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| *900 Series* | *Stipulations* | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

15

**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 22-cr-99 (RJL)** |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**DEFENDANT'S RESPONSES TO THE UNITED STATES' PRETRIAL STATEMENT**

**Legal Issue Likely to Arise at Trial**

1. **Confrontation Issue**

Defense anticipates there to be a substantial legal issue to arise at trial in the form of the Government's Violation of Mr. Maxwell's right to Confrontation.

Count Two charges Mr. Maxwell with Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1). However, in Count Two of the Indictment there is no identified purported victim. Rather, in their proposed voir dire, the Government lists U.S. Capitol Police TBD as a potential witness at trial. It is unknown even to the government who this person is, and leaves the Defendant handcuffed in establishing his defense. As such, Defense anticipates objecting to any mention of this officer or allegation pertaining to this unidentified individual. By depriving Mr. Maxwell of any information about this supposed victim, the Government is completely depriving him of his constitutional right to confront and face his accusers.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 22-cr-99 (RJL)** |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |

## PARTIES' JOINT STATEMENT OF THE CASE

This is a criminal case. The United States has charged the defendant, Jake Maxwell, with violations of federal law based on his alleged conduct at the grounds of the United States Capitol on January 6, 2021. Mr. Maxwell has pleaded not guilty to each of the allegations against him. He is presumed innocent of all of the allegations.

In particular, the United States alleges that Mr. Maxwell intentionally and unlawfully obstructed law enforcement officers during a civil disorder; that he unlawfully entered and remained on the restricted grounds of the United States Capitol, knowing that he was not allowed to be there; and that he intentionally, voluntarily and forcibly engaged in physical violence on Capitol grounds by assaulting two (2) police officers on two occasions. He is presumed innocent of each and every one of these allegations.

**UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 22-cr-99 (RJL)** |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**PROPOSED VOIR DIRE**

1. Having now heard a brief description of the case, do you know or have you heard anything about this case?

2. This case concerns events at the U.S. Capitol on January 6, 2021.  Do you or someone you know have any direct or indirect connection to the events at the U.S. Capitol on January 6, 2021, or to any investigation into the events of January 6, 2021?

3.  Have you been following the investigation of the events of January 6, 2021 at the U.S. Capitol in the news media or on the internet?

4.  Were you in Washington D.C. on January 6th, 2021?

5.  How did the events of January 6th and the weeks after following of Marshall law affect you and/or your family?

6.  Did you or a family member suffer a loss in some way whether economic or otherwise?

7.  Do you think everyone who was present at the Capitol or Capitol grounds deserve to be criminally charged?

3.8. Do you think everyone who was arrested in connection with the events at the Cpiaotl or Capitol grounds on January 6th, 2021 is guilty of the crimes in which they are charged?

1

4.9. Is there anything about the nature of the allegations or charges that might affect your ability as a juror to give both the defendant and the government a fair trial?

5.10.  The United States Government is represented in this case by Department of Justice Trial Attorney Elizabeth Eriksen and Assistant U.S. Attorney Nathaniel Whitesel and they are being assisted by paralegal Taylor Wilbert from the U.S. Attorney's Office. Could you each please stand?  Do you know or recognize, or have you had any contact with any of these individuals? The defendant at trial is Jake Maxwell.  Please Stand.  Do you know or recognize, or have you had any contact with Jake Maxwell?

6.11.  Mr. Maxwell is represented by Attorneys Michael van der Veen and William Brennan and assisted by attorneys Abigail Cohen and Adam Leasure.  Do you know or recognize, or have you had any contact with Mr. van der Veen., or Mr. Brennan, Ms. Cohen, or Mr. Leasure?

12. The Government may call the following witnesses during the trial:  FBI Special Joshua Taylor, U.S. Capitol Police TBD , MPD Officer L.H., and U.S. Secret Service Special Agent Lanelle Hawa.  Do you know any of these potential witnesses?

7.13.  The Defense may call the following witnesses during the trial: Jake Maxwell, Shane Maxwell, Bryce Hogarth, Dr. Lawrence Guzzardi, Dr. Robert Nobilini, Nancy Blair Schneider, Shreyas Jyotishi February, Lance Alworth Hatfield, James Zimmerman, Michael Anthony Rizzo. Do you know any of these potential witnesses?

8.14.  Do you recognize anyone else in the courtroom, including myself or any of the other members of the jury panel?

9.15.  This case is scheduled to take approximately two weeks, with the Court sitting Monday-Thursday from 1:00 p.m. to 4:00 p.m.  Do you have any urgent or extremely important

matter to attend to this week or next such that you could be faced with a hardship if selected to serve on the jury in this case?

~~10.~~16. Do you have any problems with your hearing or your eyesight, or any other physical problems that might interfere with your ability to hear or understand what the witnesses say in this case, to view exhibits and photographs, or to give your full attention to this case?

~~11.~~17. Do you have any health problems that might affect your ability to sit as a juror in this case?

~~12.~~18. Do you have any difficulty speaking, reading, writing, or understanding the English language?

~~13.~~19. Have you previously served on a grand jury or a trial jury?  If so, is there anything about that experience that would affect your ability to sit fairly and impartially in this case?

~~14.~~20. Have you, any member of your family or close friend ever studied law or been employed by a lawyer or a law firm, worked in a courthouse, as a paralegal or legal secretary, or performed legal investigative work?

~~15.~~21. Have you, any member of your family or close friend ever been employed by any local, state, or federal law enforcement agency or a private security company? Law enforcement agencies include for example, but are not limited to, the Metropolitan Police Department, the U.S. Marshals Service, or the Federal Bureau of Investigation (FBI).

~~16.~~22. Does anyone in this group (that is, you, members of your immediate family, or close personal friends) work for, have previously worked for, or is applying for any law enforcement agency? This includes but is not limited to any local police or sheriff's department in or outside the District and it includes federal law enforcement agencies like the FBI, the Secret Service, the Department of Homeland Security, Department of Justice,

and the U.S. Capitol Police. It also includes any prosecutors' offices, such as a U.S. Attorney's office, a state's attorney's office, or a district attorney's office.

~~17.~~23. Has anyone in this group (that is, you, members of your immediate family, or close personal friends) ever worked in any other part of the criminal justice system? This includes a Public Defender's office, a probation office, or a correctional facility.

~~18.~~24. Have you ever filed a complaint against a police officer or anyone in law enforcement?

~~19.~~25. Have you, any member of your family or close friend had any experiences with any law enforcement agency or the government that might cause you to favor or disfavor the government or law enforcement?

~~20.~~26. Has anyone in this group (that is, you, members of your immediate family, or close personal friends) ever been arrested for, charged with, or convicted of a crime, other than traffic violations?

~~21.~~27. Has anyone in this group (that is, you, members of your immediate family, or close personal friends) ever been the victim of or witness to a crime?

~~22.~~28. Do you have any opinions about prosecutors or defense attorneys that might affect your ability to serve fairly and impartially in this trial?

~~23.~~29. In this case, law enforcement officers will be witnesses. I will be instructing the jury at the end of the trial that the testimony of a law enforcement officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness is a law enforcement officer. Does anyone have such strong feelings about law enforcement– either positive or negative – that would make it difficult for you to accept or apply this rule of law in accordance with my instructions?"

24.30. Are you, a partner, or family member currently employed by or affiliated with the media?

25.31. The law provides that the defendant is presumed innocent. The burden is on the government to prove him guilty of each element of the offense beyond a reasonable doubt. The defendant does not have to produce any evidence at trial because he is not required to prove his innocence. Nor is the defendant required to prove any fact in dispute in this case. This presumption continues through the trial unless and until the government proves a defendant guilty beyond a reasonable doubt. This burden of proof never shifts to Mr. Maxwell. Would you have any difficulty accepting and following this principle?

26.32. I will instruct you that the charges in this case are not evidence, and the defendant is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. The defendant, like every defendant in a criminal case, has the absolute right not to testify, and he has no obligation to present any evidence in the case. I will instruct you that, if the defendant elects not to testify in this case, you must not draw any inference as to his guilt from that decision. Will you have any difficulty accepting or applying this rule of law in accordance with my instructions?"

27.33. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with any verdict. Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

28.34. Jurors are the sole judges of the facts, but they must follow the principles of law as I instruct. The jury may not choose to follow some rules of law and ignore others, and even if the jury disagrees with or dislikes a rule of law or does not understand the reasons for some

5

of the rules, it is the jury's duty to follow those rules. Will you have any difficulty following my legal instructions, whatever they may be?

29.35. If you are selected as a juror in this case, I will continue to instruct you to avoid all media coverage relating to this case, including radio, television, podcasts, social media, and other Internet sources. That is, you will be forbidden from reading any newspaper articles about this case, listening to any radio or podcast stories about this case, or watching any TV news about this case. You will also be forbidden from Googling this case, blogging, Tweeting, reading, or posting comments about this case on social media sites or anywhere else on the Internet. The parties estimate that this trial could take a week. Do you have any reservations or concerns about your ability or your willingness to follow this instruction?

30.36. If, after considering all of the evidence and my instructions on the law, you find the defendant guilty of one or more counts, it will be my job as the judge and my job alone to determine the punishment. The law does not permit you to consider the issue of punishment because there are factors, having nothing to do with this trial, which will help me determine the appropriate sentence, if any. Would you have difficulty serving as a juror knowing that you will not have any say in any sentence that I may impose?

37. My final question is a "catch-all question." This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror. Perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair. In sum, is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?

Defense Additional Proposed Voir Dire

38. What is the highest leve of school you have completed?

39. What is your marital status?

40. Do you have any children? If so, how many?

41. What is your current occupation?

42. Do you have any political views that would affect your ability to be a fair and impartial juror in this case?

43. Do you watch crime related shows or television?

44. Have you ever been to a rally or protest of any kind?

45. Have you ever been in a large crowd?

46. Do you believe that an individual's body can be moved involuntarily?

47. Do you belong to any organizations or advocacy groups?

48. Do you believe there are limitations on the First Amendment?

49. Are you more or less likely to believe a police officer?

50. Are you related to or closely associated with anyone in law enforcement?  If so, would that affect your ability to be fair and impartial?

       a.   What is your relationship?

51. Do you or a close friend or family member work for or previously worked for a law enforcement agency?

       a.   If so, what agency?

52. Have you or a close friend, previously or currently worked for the federal government?

53. The judge will instruct you on the law regarding the individuals rights when they are on trial including: 1. defendant is presumed to be innocent 2. right to remain silent 3. Defendant has no burden to establish innocence 4. The government has the burden to prove its case beyond

a reasonable doubt. Do you disagree with any of these principles of law? Would you have any difficulty following the judge's instructions regarding these principles?

54. Have you or any close friend or family member had any interaction with any law enforcement agency that caused you to favor or disfavor the government or law enforcement agency?

55. Have you or a close friend or family member ever been charged with a crime?

56. Have you or a close friend or family member ever been a victim of a crime?

57. Do you think everyone who was present at the Capitol or Capitol grounds on January 6, 2021, is guilty?

58. Have you or a close friend or family member been called to serve on a jury for the events surrounding January 6, 2021?

59. Do you believe that all individuals who were present at the Capitol or Capitol grounds who were charged with a crime deserve a defense?

60. Do you have any strong feelings about defense attorneys who represent defendants charged with a crime related to January 6, 2021?

    a.   If so, what?

61. Were your or a close friend or family member charged in connection with January 6th events?

62. Do you believe there were people present Capitol or Capitol grounds who were not participating in criminal acts?

63. Do you believe that Washington D.C. citizens were victims of January 6th?

64. Were you or any close friend or family member a victim of the January 6, 2021 events?

65. Do you believe that Washington D.C. is less safe now than before January 6, 2021?

66. Have you or a close friend, previously or currently worked for any news media outlet?

67. How do you get your news?

68. Have you seen news surrounding the events of January 6, 2021?

        a.  If so, where?

69. Do you believe everything you have seen surrounding the events of January 6, 2021?

70. Have you closely or regularly followed the news that took place at the Capitol on January 6, 2021, or the government's investigation of those events?

        a.  If so what sources? For example, what news programs, websites or social media platforms do you typically get that news?

71. Do you follow anyone on social media who extensively reports on January 6, 2021?

72. Have you seen or heard anything in the news about Jake Maxwell?

73. Do you currently have an opinion on Mr. Maxwell's guilt or innocence in this case?

31.

## 18 U.S.C. § 231 – OBSTRUCTING OFFICERS DURING A CIVIL DISORDER[1]

### (18 U.S.C. § 231(a)(3))

Count One charges the defendant with obstructing law enforcement officers during a civil disorder, which is a violation of federal law.

Count One also charges the defendant with attempt to commit the crime of obstructing officers during a civil disorder.  First, I will explain the elements of the substantive offense, along with its associated definitions.  Then, I will explain how to determine whether the defendant attempted to commit the offense.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant knowingly committed an act with the intended purpose of obstructing, impeding, or interfering with Officer L.H. and other law enforcement officers.

Second, at the time of the defendant's act, Officer L.H. and other law enforcement officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.

Third, the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce, or the conduct or performance of any federally protected function.

---

[1] *United States v. Pugh*, 20-cr-73 (S.D. Ala. May 19, 2021); *United States v. Rupert*, 20-cr-104 (D. Minn. Mar. 12, 2021) (ECF No. 81)); 18 U.S.C. § 232; 18 U.S.C. § 6; 5 U.S.C. § 101; 2 U.S.C. §§ 1961, 1967.  For other January 6 trials that have used similar instructions, see, *e.g.*, *United States v. Jensen*, 21-cr-6 (TJK) (ECF No. 97 at 21-22), *United States v. Webster*, 21-cr-208 (APM) (ECF No. 101 at 15-16), *United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 17), and *United States v. DaSilva*, 21-cr-564 (CJN) (ECF No. 76 at 2-3); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 22); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 26).

**Definitions**

The term "civil disorder" means any public disturbance involving acts of violence by groups of three or more persons, which (a) causes an immediate danger of injury to another individual, (b) causes an immediate danger of damage to another individual's property, (c) results in injury to another individual, or (d) results in damage to another individual's property.

The term "commerce" means commerce or travel between one state, including the District of Columbia, and any other state, including the District of Columbia.  It also means commerce wholly within the District of Columbia.[2]

The term "federally protected function" means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof.[3]

The term "department" includes one of the departments of the executive branch (such as the Department of Homeland Security, which includes the United States Secret Service) or the legislative branch. The term "agency" includes any department, independent establishment, commission, administration, authority, board, or bureau of the United States. The term "instrumentality" includes any other formal entity through which the government operates, such as Congress or the United Sates Capitol Police.[4]

---

[2] Modified definition of 18 U.S.C. § 232(2) from jury instructions in *United States v. Pugh*, 20-cr-73 (S.D. Ala. May 19, 2021); *see also United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 18); *United States v. Thomas*, 21-cr-552 (DLF) (ECF No. 150 at 21).

[3] *See* 18 U.S.C. § 232(3).

[4] *See, e.g.*, *United States v. Water Supply & Storage Co.*, 546 F. Supp. 2d 1148, 1152 (D. Colo. 2008) ("'When Congress does not define a word, its common and ordinary usage may be obtained by reference to a dictionary.' *In re Overland Park Fin. Corp.*, 236 F.3d 1246, 1252 (10th Cir. 2001) (citation omitted). Dictionary definitions of the word 'instrumentality' generally are broad. Black's Law Dictionary defines 'instrumentality' as '[a] thing used to achieve an end or purpose.' Black's Law Dictionary 814 (8th ed. 1999). Webster's Third New International Dictionary defines 'instrumentality' as 'something by which an end is achieved' or "something that serves as an intermediary or agent through which one or more functions of a controlling force

For the U.S. Capitol Police and Metropolitan Police Department on January 6, 2021, the term "official duties," means policing the U.S. Capitol Building and Grounds, and enforcing federal law and D.C. law in those areas.[5]

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident.  In deciding whether the defendant acted knowingly, you may consider all of the evidence, including what the defendant did, said, or perceived.[6]

---

are carried out.' Webster's Third New International Dictionary 1172 (1971)."). For January 6 cases using this instruction, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23) and *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 26).

[5] *United States v. Schwartz, et al.*, 21-cr-178 (APM) (ECF No. 172 at 19). *See, e.g.*, Fifth Circuit Pattern Criminal Jury Instruction No. 2.07; Tenth Circuit Pattern Criminal Jury Instruction No. 2.09; Eleventh Circuit Pattern Criminal Jury Instruction No. O1.1; *United States v. Smith*, 743 F. App'x 943, 949 (11th Cir. 2018) ("Furthermore, the district court instructed the jury regarding the Task Force's duties, stating: 'A member of the U.S. Marshals Regional Fugitive Task Force is a Federal officer and has the official duty to locate and apprehend fugitives.'"); *United States v. Green*, 927 F.2d 1005, 1008 (7th Cir. 1991) ("Given the sweep of the phrase 'official duties,' the district court did not err in instructing the jury that the duties of a federal prison employee, even a food service worker, extend to 'safekeeping, protection and discipline.'"); *United States v. Span*, 970 F.2d 573, 581 (9th Cir. 1992) ("The instruction states only that the activity of looking for a suspect is official conduct. We find no error in the district court's instruction characterizing this aspect of the marshals' conduct as official duty."); *United States v. Ellsworth*, 647 F.2d 957, 963 (9th Cir. 1981) ("'Instruction No. 10. Among the official duties of officers and agents of the United States Geological Service of the United States Interior Department are inspections of oil drilling apparatus to insure compliance with various Federal laws.' We think the above language of the charge employed by the trial judge reveals no insufficiency in defining the offense.").

[6] *See* The William J. Bauer Pattern Criminal Jury Instructions of the Seventh Circuit §§ 1512 & 1515(a)(1); *see also Arthur Andersen LLP v. United States*, 544 U.S. 696, 705 (2005); *United States v. Carpenter*, 21-cr-305 (JEB) (ECF No. 97 at 11) (including instruction that the evidence to be considered includes "what [the defendant] did, said, or perceived"); *United States v. Kelly*, 21-cr-708 (RCL) (ECF No. 101 at 9) (same); *United States v. Gunby*, 21-cr-626 (PLF) (ECF No. 57 at 7 (holding, in a January 6 case charging offenses under 18 U.S.C. § 1752 and 40 U.S.C. § 5104, that "what [the defendant] witnessed is directly relevant to his knowledge and intent") (citing *United States v. Griffith*, 21-cr-244, 2023 WL 2043223, at *3 (D.D.C. Feb. 16, 2023) and *United States v. Rhine*, 21-cr-687, 2023 WL 2072450, at *7 (D.D.C. Feb. 17, 2023)).

**Attempt**

In Count One, the defendant is also charged with attempt to commit the charge of obstructing officers during a civil disorder. An attempt to obstruct officers during a civil disorder is a federal crime even if the defendant did not actually complete the crime of obstructing officers during a civil disorder.

In order to find a defendant guilty of attempt to commit the crime of obstructing officers during a civil disorder, you must find that the government proved beyond a reasonable doubt each and every one of the following elements:

First:          that the defendant intended to commit the crime of obstructing officers during a civil disorder, as I have defined in the offense above.

Second:        that the defendant took a substantial step toward committing obstructing officers during a civil disorder, which strongly corroborates or confirms that the defendant intended to commit the crime.

With respect to the first element of attempt, you may not find a defendant guilty of attempting to obstruct officers during a civil disorder merely because he thought about it. You must find that the evidence proved beyond a reasonable doubt that the defendant's mental state passed beyond the stage of thinking about the crime to actually intending to commit it.

With respect to the substantial step element, you may not find a defendant guilty of attempting to obstruct officers during a civil disorder merely because he made some plans to or some preparation for committing the crime. Instead, you must find that the defendant took some firm, clear, undeniable action to accomplish his intent to commit obstruction of officers during a civil disorder. However, the substantial step element does not require the government to prove that the defendant did everything except the last act necessary to complete the crime.

**18 U.S.C. § 111 – ASSAULTING, RESISTING, OR IMPEDING OFFICERS[7]**

(18 U.S.C. § 111(a)(1))

Count Two of the Indictment charges the defendant with assaulting, resisting, or impeding an officer or an employee of the United States who was then engaged in the performance of his official duties, which is a violation of federal law.

**Elements**

To find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer from the United States Capitol Police Department. (Defense objects to this instruction due to the Government's failure to identify an Officer.)

Second, the defendant did such acts forcibly.

Third, the defendant did such acts voluntarily and intentionally.

Fourth, the person assaulted, resisted, opposed, impeded, intimidated, or interfered with was an officer or an employee of the United States who was then engaged in the performance of his/her official duties.

Fifth, the defendant made physical contact with that officer, or acted with the intent to commit another felony. For purposes of this element, "another felony" refers to the offense charged in Count One.

---

[7] For January 6 trials that have used similar instructions, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23 and 26); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 22).

**Definitions**

A person acts "forcibly" if he used force, attempted to use force, or threatened to use force against the officer. You may also find that a person who has the present ability to inflict bodily harm upon another and who threatens or attempts to inflict bodily harm upon that person act forcibly. In such a case, the threat must be a present one.

The term "assault" means (a) an attempt to cause or purposely, knowingly, or recklessly cause bodily injury to another; or (b) attempt to physical menace to put another in fear of imminent serious bodily injury. To find the defendant committed an "assault," you must find beyond a reasonable doubt that the defendant intended to inflict or to threaten injury.

The term "bodily injury" means physical pain, illness, or any impairment of physical condition.

The term "serious bodily injury" means bodily injury which creates a substantial risk of death or which causes serious, permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

~~The term "assault" means any intentional attempt or threat to inflict injury upon someone else, when coupled with an apparent present ability to do so. To find that the defendant committed an "assault," you must find beyond a reasonable doubt that the defendant intended to inflict or to threaten injury.~~

The terms "resist," "oppose," "impede," "intimidate," and "interfere with" carry their everyday, ordinary meanings.

It is not necessary to show that the defendant knew the person being forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with was, at that time, carrying out an official duty so long as it is established beyond a reasonable doubt that the officer was, in fact,

carrying out an official duty and that the defendant voluntarily, forcibly and intentionally forcibly

assaulted, resisted, opposed, impeded, intimidated, or interfered with that officer.[8]

---

[8] *United States v. Celentano*, 22-cr-186 (TJK) (ECF No. 64 at 12); *United States v. Thomas*, 21-cr-552 (DLF) (ECF No. 150 at 30).

**18 U.S.C. § 111 – ASSAULTING, RESISTING, OR IMPEDING OFFICERS[9]**

(18 U.S.C. § 111(a)(1))

Count Three of the Indictment charges the defendant with assaulting, resisting, or impeding Officer L.H., an officer from the Metropolitan Police Department who was assisting officers of the United States who are engaged in the performance of their official duties, which is a violation of federal law.

**Elements**

To find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with Officer L.H., an officer from the Metropolitan Police Department (MPD).

Second, the defendant did such acts forcibly.

Third, the defendant did such acts voluntarily and intentionally.

Fourth, Officer L.H was assisting officers of the United States who were then engaged in the performance of their official duties.

Fifth, the defendant [made physical contact with Officer L.H. or acted with the intent to commit another felony. For purposes of this element, "another felony" refers to the offense charged in Count One.

The terms "forcibly," "bodily injury," "serious bodily and "injury," "and "assault" have same meaning described in the instructions for Count Two.

---

[9] For January 6 trials that have used similar instructions, see *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 23 and 26); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 22).

## ENTERING OR REMAINING IN A RESTRICTED BUILDING OR GROUNDS

### (18 U.S.C. § 1752(a)(1))

Count Four of the Indictment charges the defendant with entering or remaining in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

Second, the defendant did so knowingly.

### Definitions

The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.

The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

The term "knowingly" has the same meaning described in the instructions for Count One.

A person who enters a restricted area with a good faith belief that he is entering with lawful authority is not guilty of this offense. Thus, you cannot find the defendant guilty of Count 4 unless you are convinced beyond a reasonable doubt that he did not have a good faith belief of his lawful authority to enter or remain in the restricted building.

9

## DISORDERLY OR DISRUPTIVE CONDUCT IN A RESTRICTED BUILDING OR GROUNDS

### (18 U.S.C. § 1752(a)(2))

Count Five of the Indictment charges the defendant with disorderly or disruptive conduct in a restricted building or grounds, which is a violation of federal law.

**Elements**

In order to find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.

Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

Third, the defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

**Definitions**

"Disorderly conduct" is conduct that tends to disturb the public peace or undermine public safety.[10] Disorderly conduct includes when a person acts in such a manner as to cause another person to be in reasonable fear that a person or property in a person's immediate possession is likely to be harmed or taken, uses works likely to produce violence on the part of others or is unreasonable loud and disruptive under the circumstances.

---

[10] *United States v. Grider*, 21-cr-22 (CKK) (ECF No. 150 at 24) ("'[D]isorderly' conduct is that which 'tends to disturb the public peace, offend public morals, or undermine public safety.' 'Disorderly,' *Black's Law Dictionary* (9th ed. 2009); *see also* 'Disorderly,' *Oxford English Dictionary* (2nd ed. 1989) ('Not according to order or rule; in a lawless or unruly way; tumultuously, riotously.')").

"Disruptive conduct" is a disturbance that interrupts an event, activity, or the normal course of a process.[11]

The term "restricted building or grounds" has the same meaning described in the instructions for Count Four.  The term "knowingly" has the same meaning described in the instructions for Count One.

---

[11] Redbook 6.643.

## ENGAGING IN PHYSICAL VIOLENCE IN A RESTRICTED BUILDING OR GROUNDS

### (18 U.S.C. § 1752(a)(4))

Count Six of the Indictment charges the defendant with engaging in physical violence in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant engaged in an act of physical violence against a person or property in, or in proximity to, a restricted building or grounds.

Second, the defendant did so knowingly.

### Definitions

The term "act of physical violence" means any act involving an assault or other infliction of bodily harm on an individual; or damage to, or destruction of, real or personal property.

The term "restricted building or grounds" has the same meaning described in the instructions for Count Four.  The term "knowingly" has the same meaning described in the instructions for Count One.

## ACT OF PHYSICAL VIOLENCE AT THE CAPITOL BUILDING OR GROUNDS[12]

40 U.S.C. § 5104(e)(2)(F)

Count Seven of the Indictment charges the defendant with an act of physical violence in the Capitol Building or Grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, you must find that the government proved each and every one of the following elements beyond a reasonable doubt:

First, the defendant engaged in an act of physical violence within the Capitol Buildings or Grounds.

Second, the defendant acted willfully and knowingly.

### Definitions

The term "act of physical violence" means any act involving an assault or other infliction or threat of infliction of death or bodily harm on an individual; or involving damage to, or destruction of, real or personal property. For purposes of this offense, unlike the offense in Count Six-, the threat of infliction of bodily harm is sufficient to meet this definition.

A person acts "willfully" if he acts with the intent to do something that the law forbids, that is, to disobey or disregard the law. While the government must show that a defendant knew that the conduct was unlawful, the government does not need to prove that the defendant was aware of the specific law that his conduct violated.[13]

---

[12] *United States v. Alberts*, 21-cr-26 (CRC) (ECF No. 147 at 20); *United States v. Gietzen*, 22-cr-116 (CJN) (ECF No. 50 at 36); *United States v. Alam*, 21-cr-190 (DLF) (ECF No. 104 at 43).

[13] As the Supreme Court has explained, "willfully" is "a word of many meanings whose construction is often dependent on the context in which it appears." *Bryan v. United States*, 524 U.S. 184, 191 (1998) (internal quotation marks omitted). "As a general matter, when used in the criminal context, a 'willful' act is one undertaken with a bad purpose. In other words, in order to

The term "Capitol Buildings" includes the United States Capitol located at First Street, Southeast, in Washington, D.C. The "Capitol Grounds" are defined by the United States Code, which refers to a 1946 map on file in the Office of the Surveyor of the District of Columbia. The boundaries of the Capitol Grounds include all additions added by law after that map was recorded. The Capitol Grounds includes the portion of Pennsylvania Avenue Northwest from the west curb of First Street Northwest to the curb of Third Street Northwest.

The term "knowingly" has the same meaning described in the instructions for Count One.

---

establish a 'willful' violation of a statute, the Government must prove that the defendant acted with knowledge that his conduct was unlawful." *Id.* at 191-92 (internal quotation marks omitted).

Proposed Jury Instructions

**Formatted:** Font: (Default) Times New Roman, 12 pt

1. Furnishing the Jury with a Copy of the Instructions, Redbook 2.100

2. Function of the Court, Redbook 2.101

3. Function of the Jury, Redbook 2.102

4. Jury's Recollection Controls, Redbook 2.103

5. Evidence in the Case, Redbook 2.104

6. Statements of Counsel, Redbook 2.105

7. Information Not Evidence, Redbook 2.106

8. Burden of Proof, Redbook 2.107

9. Reasonable Doubt, Redbook 2.108

10. Direct and Circumstantial Evidence, Redbook 2.109

11. Nature of Charges Not To Be Considered, Redbook 2.110

12. Number of Witnesses, Redbook 2.111

13. Inadmissible and Stricken Evidence, Redbook 2.112

14. Credibility of Witnesses, Redbook 2.200

15. Police Officer's Testimony, Redbook 2.207

16. Right of Defendant Not to Testify, Redbook 2.208 or

17. Defendant as Witness, Redbook 2.209, as applicable

18. Character of Defendant, Redbook 2.213, as applicable

19. Cross-Examination of Character Witness, Redbook 2.214, as applicable

20. Statements of the Defendant – Substantive Evidence, Redbook 2.305

21. Stipulation of Fact, Redbook 1.103(A), as applicable

22. Unanimity—General, Redbook 2.405

23. Verdict Form Explanation, Redbook 2.407

24. Redacted Documents and Tapes, Redbook 2.500

25. Exhibits During Deliberations, Redbook 2.501

26. Selection of Foreperson, Redbook 2.502

27. Possible Punishment Not Relevant, Redbook 2.505

28. Cautionary Instruction on Publicity, Communication, and Research, Redbook 2.508

29. Communication Between Court and Jury During Jury's Deliberations, Redbook 2.509

30. Attitude and Conduct of Jurors in Deliberations, Redbook 2.510

31. Excusing Alternate Jurors, Redbook 2.511

32. Court Interaction with Jury During Deliberations – Note, Redbook 2.600

33. When Jurors Cannot Agree, Redbook 2.601

34. Instructions to Jury Before Polling, Redbook 2.602

35. Instructions to Jury After Polling, Redbook 2.603

36. Comment on Verdict – Note, Redbook 2.604

37. Proof of State of Mind- 3.101

38. Multiple counts, One defendant- 2.402

39. Specialized Opinion Testimony 2.215

40. Falsus in Uno, Falsus in Omnibus, modeled after Third Circuit Model Jury Instructions, § 4.26.

36.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :          **CASE NO. 22-cr-99 (RJL)** |
| | : |
| **JAKE MAXWELL,** | : |
| | : |
| **Defendant.** | : |
| | : |

**<u>VERDICT FORM</u>**

**Count One:**
Civil Disorder

<u>             </u>            <u>           </u>

~~Guilty~~Not Guilty           ~~Not~~ Guilty

> **Commented [AC1]:** The burden is on the Government to overcome the presumption that Mr. Maxwell is innocent. Therefore, not guilty must go first.

**Count Two:**
Assaulting, Resisting, or Impeding Certain Officers – USCP Officer *(Defense counsel objects to Count Two being on the verdict form, as it does not identify a specific officer.)*

<u>            </u>           <u>           </u>

Not Guilty           ~~Not~~ Guilty

**Count Three:**
Assaulting, Resisting, or Impeding Certain Officers – Officer L.H. from MPD

<u>            </u>           <u>           </u>

Not Guilty           ~~Not~~ Guilty

**Count Four:**
Entering and Remaining in a Restricted Building or Grounds

<u>Not</u> Guilty          ~~Not~~ Guilty

**Count Five:**
Disorderly and Disruptive Conduct in a Restricted Building or Grounds

_____          _____
<u>Not</u> Guilty                    ~~Not~~ Guilty

**Count Six:**
Engaging in Physical Violence in a Restricted Building or Grounds

_____          _____
<u>Not</u> Guilty                    ~~Not~~ Guilty

**Count Seven:**
Act of Physical Violence in the Capitol Grounds or Buildings

_____          _____
<u>Not</u> Guilty                    ~~Not~~ Guilty

Date: November ___, 2023

_____
Signature of Foreperson

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2023 a copy of the foregoing Joint Pretrial Filing  was electronically filed with the Clerk of the United States District Court using CM/ECF.

COUNSEL FOR THE UNITED STATES

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:     */s/ Elizabeth N. Eriksen*
ELIZABETH N. ERIKSEN
VA Bar no. 72399
Trial Attorney, Detailee
U.S. Dept. of Justice, Criminal Division
Detailed to the USAO-DC
601 D Street NW
Washington, DC 20530
elizabeth.eriksen2@usdoj.gov
(202) 616-4385

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

COUNSEL FOR THE DEFENDANT

Respectfully submitted,
By:     */s/ Michael T. van der Veen*
Michael T. van der Veen
Attorney for Jake Maxwell
Pennsylvania Bar ID #: 75616
1219 Spruce Street
Philadelphia, PA 19107
Email: mtv@mtvlaw.com
P: (215)-546-1000
F: (215)-546-8529