NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  22-CR-99 (RJL)

Jake Maxwell
_____(Defendant)_____

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Adam M. Leasure, 334056
(Attorney & Bar ID Number)

van der Veen, Hartshorn and Levin
(Firm Name)

1219 Spruce Street
(Street Address)

Philadelphia, PA 19107
(City)   (State)   (Zip)

215-546-1000
(Telephone Number)