UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:22-CR-99-RJL |
| | : | |
| v. | : | |
| | : | |
| **JAKE MAXWELL,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

COMES NOW, Jake Maxwell ("Mr. Maxwell"), by and through counsel, Michael T. van der Veen, jointly with the Government, and hereby submits the instant Joint Status Report as requested via the Minute Order of this Court entered on February 9, 2024. The parties have conferred regarding availability for re-scheduling Mr. Maxwell's Sentencing Hearing in the months of March and April. The parties agree that the mutually available dates include March 21st, April 5th, April 8th, and April 29th.

Respectfully Submitted,

Date: February 29, 2024

/s/ Michael T. van der Veen
Michael T. van der Veen
Attorney for Defendant
Pennsylvania Bar No. 75616
van der Veen, Hartshorn, and Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
F: (215) 546-8529
mtv@mtvlaw.com

2

                                        MATTHEW M. GRAVES  
                                        UNITED STATES ATTORNEY

BY:   */s/ Elizabeth N. Eriksen*  
        ELIZABETH N. ERIKSEN  
        VA Bar no. 72399  
        Trial Attorney, Detailee  
        U.S. Dept. of Justice, Criminal Division  
        Detailed to the USAO-DC  
        601 D Street NW  
        Washington, DC 20530  
        elizabeth.eriksen2@usdoj.gov  
        (202) 616-4385

*/s/ Nathaniel K. Whitesel*  
NATHANIEL K. WHITESEL  
Assistant United States Attorney  
DC Bar No. 1601102  
601 D Street NW  
Washington, DC 20530  
nathaniel.whitesel@usdoj.gov  
(202) 252-7759

*/s/ Sean J. Brennan*  
SEAN J. BRENNAN  
Assistant United States Attorney  
NY Bar No. 5954128  
601 D Street NW  
Washington, DC 20530  
sean.brennan@usdoj.gov  
(202) 252-7125